**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

MAY 12 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JORDAN CHRISTOPHER ZITO, | No. 25-1406 |
| Plaintiff - Appellant, | D.C. No. 3:24-cv-00232-ART-CSD |
| v. | |
| RYAN SULLIVAN; DAVID CLIFTON; WASHOE COUNTY SHERIFF'S OFFICE; DARIN BALAAM; EGAN WALKER; SPARK JUSTICE COURT; NICOLE WALSH; DARBY PHELPS; JEFF HOPPE; MELISSA ROSENTHAL; NICOLE HICKS; TRENTON ROSS, | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Anne R. Traum, District Judge, Presiding

Submitted April 22, 2026[**]

Before:     LEE, DESAI, and JOHNSTONE, Circuit Judges.

Jordan Christopher Zito appeals pro se from the district court's judgment

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismissing without prejudice his action alleging various federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

Because Zito does not challenge the district court's grounds for dismissal of his action in his opening brief, we do not consider that decision. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we will not consider any claims that were not actually argued in appellant's opening brief"); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (explaining that issues not supported by argument in pro se appellant's opening brief are deemed abandoned).

Zito's motion (Docket Entry No. 8) for miscellaneous relief is denied.

**AFFIRMED.**